JOSEPHINE KRAUS, Appellant, v. MICHAEL ROTHSTEIN, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHRISTINA COYNE, Appellant, v. 586 FIFTH AVENUE CORPORATION et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ROSALIE HORN et al., Respondents and Appellants, v. HEDE VASEN, Appellant and Respondent.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of ALFONSO GAUDIO, Petitioner, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority of the State of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between RETAIL EMPLOYEES UNION, LOCAL 830, Respondent, and VIM ELECTRIC COMPANY, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between ADOLPH WEINSTEIN, Respondent, and ALBERT S. FRANKEL, Doing Business under the Name of ANGLO-AMERICAN HIDES COMPANY, Individually, and for ADOLFO SCHON et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN CATLAN, Appellant.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of THOMAS K. COYNE, Petitioner, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of GEORGE L. MORRIS, Petitioner, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley. Glennon, Untermyer and Dore, JJ.

In the Matter of OTTO C. HAAS, Petitioner, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.